sented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution, pending the District Court's consideration of petitioner's claims for relief under 42 U. S. C. § 1983, for the reasons expressed in the opinions of Chief Judge Richard S. Arnold and Circuit Judge Morris Sheppard Arnold, dissenting from denial of rehearing en banc in the United States Court of Appeals for the Eighth Circuit.

No. 94–9735 (A–972). GRIFFIN v. BOWERSOX, ACTING SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 94–9736 (A–973). GRIFFIN v. BOWERSOX, ACTING SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

JUNE 23, 1995

No. 94–9773 (A–986). LONCHAR, AS NEXT FRIEND TO LONCHAR v. THOMAS, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari dismissed for want of jurisdiction.

JUNE 26, 1995

No. 94–140. PORAT v. UNITED STATES. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Gaudin, ante, p. 506.

No. 94–1268. JOINT SCHOOL DISTRICT NO. 241 ET AL. v. HARRIS, ON HER OWN BEHALF AND ON BEHALF OF HER TWO CHILDREN, BUTLER AND HARRIS, ET AL.; and